208 F.2d 632
 R. L. HARDING, Plaintiff-Appellant,
v.
P. V. CAVANAUGH et al., Defendants-Appellees.
 No. 55.
 Docket 22705.
 United States Court of Appeals Second Circuit.
 Argued December 10, 1953.
 Decided December 29, 1953.
 
 Appeal from the United States District Court of Connecticut; J. Joseph Smith, Judge.
 R. L. Harding, pro se.
 Ernest H. Halstedt, Asst. Atty. Gen., for defendants-appellees.
 Before CHASE, Chief Judge, and L. HAND and MEDINA, Circuit Judges.
 PER CURIAM.
 
 
 1
 Judgment affirmed.